Richard M. Garbarini
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor,
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                Plaintiff,

     v.

SEASPAN CORP.,

                Defendants.
-------------------------------------------------------------x

Case No.: 19-cv-1269 (NRB)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(i)**

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

Dated: September 19, 2019
       New York, New York

GARBARINI FITZGERALD P.C.

By: *[signature]*
Richard M. Garbarini (RG 5496)